**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 23 2005

DAVID J. MALAND, CLERK
BY
DEPUTY_____

# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:03cr148 |
| | § | (Judge Brown) |
| MICHAEL JOHN LLORENTE | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further

**ORDERED** that Defendant is sentenced to a term of imprisonment of eighteen (18) months, with forty-two (42) months of supervised release to follow. While incarcerated it is recommended that the Defendant complete the 500-hour Drug Rehabilitation Program offered by the Bureau of Prisons. It is further

**ORDERED** that Defendant serve the first six (6) months of his supervised release in the Volunteer's of America Comprehensive Sanction Center, located at 2710 Avenue J, Fort Worth, Texas 76105. It is finally

**ORDERED** that Defendant be placed in a facility as near as possible to Flower Mound, Texas.

**SIGNED** this 23 day of May, 2005.

PAUL BROWN
UNITED STATES DISTRICT JUDGE